*Jacqueline M. James, Esq.*

| | |
|---|---|
| THE JAMES LAW FIRM | T: (914) 358 6423 |
| 445 HAMILTON AVENUE | F: (914) 358 6424 |
| SUITE 1102 | JJAMESLAW@OPTONLINE.NET |
| WHITE PLAINS, NY 10601 | JACQUELINEJAMESLAW.COM |

May 28, 2015

**VIA CM/ECF**
Hon. Senior Judge Thomas J. McAvoy
United States Courthouse
Northern District of New York
Albany, New York 12207

    **Re: Hawk Technology Systems, LLC, v. Price Chopper Operating Co., Inc. 15-cv-00210 –TJM-RFT**

Dear Honorable Judge McAvoy:

    We represent Plaintiff, Hawk Technology Systems, LLC, in this matter. We respectfully request this Court adjourn the hearing scheduled for June 8, 2015 on Defendant's Motion to Dismiss (D.E. #9), given that Plaintiff filed an Amended Complaint (D.E. #13) on May, 20, 2015.

                                          Respectfully submitted,

                                          s/ Jacqueline M. James
                                          Jacqueline M. James, Esq. (519206)
                                          Email: jjameslaw@optonline.net
                                          The James Law Firm PLLC.
                                          445 Hamilton Avenue, Suite 1102
                                          White Plains, NY 10601
                                          Telephone: (914) 358-6423

cc: VIA ECF Notification
Patrick J. Saccocio, Esq.
David S. Moreland, Esq.
Warren J. Thomas, Esq.